UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERESA RENITA BURWELL,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT et al.,<br><br>Defendants. | Case No.: 2:21-cv-01901-RFB-EJY<br><br>**ORDER** |

The Court has before it Plaintiff's Motion Requesting a Status Check (ECF No. 12). A Report and Recommendation was entered on April 11, 2022 in which Plaintiff's claims under Nevada Revised Statutes and Administrative Code were recommended for dismissal with prejudice because amendment to these claims would be futile. ECF No. 8. Plaintiff's claims under 42 U.S.C. § 1986, Title II of the Americans with Disabilities Act, and state law claim alleging intentional infliction of emotional distress were dismissed without prejudice and with leave to amend. *Id*. The Court further recommended Plaintiff be given one additional opportunity to file an amended complaint, her third attempt to plead a viable claim, and that the complaint—a second amended complaint—be due within 30 days of the date of the Report and Recommendation. *Id*.

Plaintiff filed an Objection to the Court's Report and Recommendation on April 25, 2022. ECF No. 9. That Objection remains pending before the Court. Plaintiff, if she so chooses, may want to file a Second Amended Complaint within 30 days of this Order that addresses the issues discussed in the Report and Recommendation (or no later than **December 8, 2025**).

If Plaintiff files a Second Amended Complaint she should **not** include claims recommended for dismissal with prejudice—that is, the claims arising under the Nevada Revised Statute or Nevada Administrative Code. The Second Amended Complaint should include facts and identify Defendants who allegedly violated 42 U.S.C. § 1986 and Title II of the Americans with Disabilities Act, and engaged in extreme and outrageous conduct causing severe emotional distress thus pleading an intentional infliction of emotional distress claim. *See* ECF No. 8.

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion Requesting a Status Check (ECF No. 12) is GRANTED.

   IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff a courtesy copy of the Report and Recommendation at ECF No. 8.

   IT IS FURTHER ORDERED that, if Plaintiff so chooses, she may file a Second Amended Complaint no later than **December 8, 2025**.

   DATED this 6th day of November, 2025.

*(signature)*
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE